IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

**TONYA L. SIMMONS #09164-043**            **PLAINTIFF**

**V.**            **CAUSE NO. 3:11-CV-00440-CWR-LRA**

**TOBY TROWBRIDGE**            **DEFENDANT**

**ORDER GRANTING MOTION FOR RECONSIDERATION**

The defendant's motion for reconsideration[1] is granted. The Court's previous order[2] is withdrawn. The defendant's motion for summary judgment[3] is restored to the docket, and the Court will consider it anew in due course.

SO ORDERED this Thirteenth day of September 2012.

/s/ *Carlton W. Reeves*
Hon. Carlton W. Reeves
United States District Court Judge

---

[1] Motion for Reconsideration [Docket No. 32].

[2] Order Dismissing Motion for Summary Judgment [Docket No. 31].

[3] Motion for Summary Judgment [Docket No. 26].